UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

JS-6

| Case No. | **CV 21-4045-DMG (AFMx)**<br>**CV 21-4308-DMG (AFMx)** ✓ | Date | July 15, 2021 |
|---|---|---|---|
| Title | ***Michael E. Beychok, et al. v. Robert A. Baffert, et al.***<br>***Jeffrey Kaufman, et al. v. Robert A. Baffert, et al.*** ✓ | Page | 1 of 1 |

Present: The Honorable    DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS—ORDER CONSOLIDATING CASES [18]**

Upon consideration of the Parties' Stipulation and for good cause shown:

1. Robert A. Baffert and Bob Baffert Racing Stables, Inc. (collectively, "the Baffert Defendants") need not answer, move or otherwise respond to the complaints currently filed in the *Beychok* or *Kaufman* Actions.

2. The *Beychok* Action and *Kaufman* Action shall be consolidated into one case entitled ***In re Bob Baffert Racing Stables, Inc. Litigation***, **Case No. CV 21-4045-DMG (AFMx).**

3. The *Kaufman* Action, CV 21-4308-DMG (AFMx), shall be **ADMINISTRATIVELY CLOSED**. All material documents filed in the *Kaufman* Action are deemed to have been filed in the consolidated case.

4. In the interest of efficiency and avoidance of unnecessary duplication of effort or judicial resources by the Court or the Parties:

    a. Plaintiffs shall file the Consolidated Complaint by **July 22, 2021**; and

    b. the Baffert Defendants shall have 14 days after the Consolidated Complaint is filed to respond pursuant to Fed. R. Civ. P. 15(a)(3).

IT IS SO ORDERED.

| CV-90 | **CIVIL MINUTES—GENERAL** | Initials of Deputy Clerk KT |
|---|---|---|